McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. Cr. S-01-180 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING INDICTMENT |
| | ) | AS TO DEFENDANT KEITH ANDERSON |
| KEITH ANDERSON, | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to defendant Keith Anderson without prejudice. Good cause having been shown, leave to dismiss the Indictment as to defendant Keith Anderson is **GRANTED**, and the Indictment is hereby **DISMISSED** as to Keith Anderson without prejudice.


DATED:  April 29, 2005.                /s/Lawrence K. Karlton
                                                              HON. LAWRENCE K. KARLTON
                                                              Senior U.S. District Court Judge